IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN S. BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:17-cv-00574-CMH |
| v. ) | |
| ) | |
| JAMES GARNER, et al. ) | |
| ) | |
| Defendants. ) | |

### STIPULATED DISMISSAL ORDER

THIS MATTER COMES BEFORE THE COURT upon the motion of Movant John S. Bennett, for entry of this Stipulated Dismissal Order. It appearing that this matter has been settled and that the parties have consented and agreed to the terms hereof as evidenced by the signatures of counsel for all parties in this case, it is hereby

ORDERED that this case be, and hereby is, dismissed with prejudice, with all parties to bear their own costs and expenses.

Dated: June 12, 2019          _Claude M. Hilton_
                                USDJ

                              Entered on Docket: _____

1